| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>SCHROEDER, MARY M. | 2. Court or Organization<br><br>U.S. COURT OF APPEALS - 9TH CIRCUIT | 3. Date of Report<br><br>05/02/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIOR CIRCUIT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE, SUITE 610<br>401 W. WASHINGTON, SUITE 610<br>MAIL SPACE 54<br>PHOENIX, AZ 85003 |
|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | COUNCIL MEMBER | AMERICAN LAW INSTITUTE |
| 2. | TRUSTEE | TRUST #1 |
| 3. | ADVISORY BOARD MEMBER | LOWELL OBSERVATORY |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 05/02/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | MATTHEW BENDER & CO., - BOOK ROYALTY (SPOUSE) |
| 2. | 2016 | ARIZONA STATE RETIREMENT SYSTEM (SPOUSE) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN LAW INSTITUTE | 1/20/2016 - 1/22/2016 | PHILADELPHIA, PA | SEMINAR | TRANSPORTATION, FOOD, HOTEL |
| 2. | AMERICAN LAW INSTITUTE | 3/23/2016 - 3/25/2016 | PHILADELPHIA, PA | SEMINAR | TRANSPORTATION, FOOD, HOTEL |
| 3. | AMERICAN LAW INSTITUTE | 10/18/2016 - 10/22/2016 | NEW YORK, NY | SEMINAR | TRANSPORTATION, FOOD, HOTEL |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 05/02/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP MORGAN CHASE ACCOUNTS | A | Interest | J | T | | | | | |
| 2. LINCOLN NAT'L LIFE INSURANCE - WHOLE LIFE POLICY | A | Interest | J | T | | | | | |
| 3. FRANKLIN FUND AZTXFR, INC. | A | Int./Div. | J | T | | | | | |
| 4. AZ STATE CREDIT UNION ACCOUNTS | A | Interest | J | T | | | | | |
| 5. VNGRD MIDCAP INDEX (NATIONWIDE) | A | Interest | J | T | | | | | |
| 6. TIAA TRADITIONAL (RET. ANN) | E | Interest | O | T | | | | | |
| 7. (H) TIAA (IRA) (FORMERLY TIAA-CREF) | | | | | | | | | |
| 8. -CREF STOCK | | None | K | T | | | | | |
| 9. -CREF GROWTH | | None | K | T | | | | | |
| 10. -CREF EQUITY INDEX | | None | M | T | | | | | |
| 11. -TC GR & INC. - RET | C | Dividend | M | T | | | | | |
| 12. -TC MIDCAP GR. RET. | | None | M | T | | | | | |
| 13. -TC MIDCAP VAL RET | D | Dividend | M | T | | | | | |
| 14. -TIAA REAL ESTATE | | None | M | T | Sold (part) | 05/12/16 | K | | |
| 15. | | | | | Sold (part) | 01/04/16 | K | | |
| 16. -CREF BOND MARKET | | None | J | T | | | | | |
| 17. -TC HIGHYIELD RET | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  (H) TIAA BROKERAGE ACCOUNTS - IRA 2 (FORMERLY TIAA - CREF) | | | | | | | | | |
| 19.  - BANK DEPOSITS | A | Interest | J | T | | | | | |
| 20.  -DREYFUS GOV SEC CSH MGT (FORMERLY DREYFUS GOVT PRIME) | A | Interest | J | T | | | | | |
| 21.  -GCUIX (SEE NOTE PART VIII) | | | | | | | | | |
| 22.  -PELBX (FORMERLY STATED AS PLBX) | A | Dividend | J | T | | | | | |
| 23.  -TCIEX | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |
| 24.  -TILVX | A | Dividend | K | T | Buy (add'l) | 01/05/16 | J | | |
| 25.  -TILIX | A | Dividend | K | T | Buy (add'l) | 01/25/16 | J | | |
| 26.  -TBIIX | A | Dividend | K | T | Sold (part) | 01/25/16 | J | A | |
| 27. | | | | | Buy (add'l) | 03/31/16 | J | | |
| 28. | | | | | Buy (add'l) | 07/11/16 | J | | |
| 29. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 30. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 31.  -TIP | A | Dividend | K | T | Buy (add'l) | 01/25/16 | J | | |
| 32. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 33.  -IWS | A | Dividend | K | T | | | | | |
| 34.  -IWR | | None | | | Sold | 01/25/16 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -HYG | A | Dividend | K | T | Sold (part) | 01/25/16 | J | | |
| 36. -RWR | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |
| 37. -BSV | A | Dividend | J | T | | | | | |
| 38. -AQMIX | A | Dividend | J | T | | | | | |
| 39. -DHLSX | A | Dividend | K | T | | | | | |
| 40. -IWP | A | Dividend | J | T | Buy | 01/27/16 | J | | |
| 41. | | | | | Buy | 01/25/16 | J | | |
| 42. (H) CWC ACCOUNTS (MM-1) | | | | | | | | | |
| 43. -FSAXX | | None | | | Sold | 02/23/16 | J | | |
| 44. -FDRXX | A | Dividend | J | T | Buy | 02/23/16 | J | | |
| 45. -FATRX | A | Dividend | J | T | | | | | |
| 46. -JAFIX | A | Dividend | J | T | | | | | |
| 47. -JASBX | A | Dividend | K | T | | | | | |
| 48. (H) CWC IRA#1 (MM-R) | | | | | | | | | |
| 49. -CWCFX | A | Dividend | J | T | | | | | |
| 50. -CWGDX | | | | | Sold | 11/23/16 | J | A | |
| 51. -FDRXX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| NONE *(No reportable income, assets, or transactions.)* |
|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -JAFIX | A | Dividend | J | T | | | | | |
| 53. -FATRX | A | Dividend | J | T | | | | | |
| 54. (H) CWC IRA #2 (MR-R) | | | | | | | | | |
| 55. -YACKX | C | Dividend | K | T | | | | | |
| 56. -CWCFX | A | Dividend | L | T | | | | | |
| 57. -CWGDX | C | Dividend | | | Sold | 11/23/16 | L | C | |
| 58. -PCBIX | B | Dividend | K | T | | | | | |
| 59. -FEHAX | B | Dividend | | | Sold | 10/26/16 | K | | |
| 60. -JFLEX | B | Dividend | L | T | | | | | |
| 61. -TGBAX | B | Dividend | L | T | | | | | |
| 62. -FDRXX | A | Dividend | K | T | | | | | |
| 63. -PIMIX (FORMERLY PMIX) | C | Dividend | L | T | | | | | |
| 64. -FIJEX | B | Dividend | L | T | | | | | |
| 65. -HDSIX | A | Dividend | K | T | | | | | |
| 66. -FTEMX | A | Dividend | K | T | Buy (add'l) | 12/27/16 | J | | |
| 67. -CAIRX | A | Dividend | K | T | | | | | |
| 68. -MIEIX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 05/02/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -SGIIX | | None | K | T | Buy (add'l) | 12/15/16 | K | | |
| 70. (H) CWC ACCOUNTS #2 (SFT) | | | | | | | | | |
| 71. -YACKX | B | Dividend | K | T | | | | | |
| 72. -CWCFX | A | Dividend | K | T | | | | | |
| 73. -CWGDX | B | Dividend | | | Sold | 11/23/16 | K | | |
| 74. -PEMGX | A | Dividend | K | T | Buy (add'l) | 05/18/16 | J | | |
| 75. -FSAXX | A | Dividend | | | Sold | 02/23/16 | K | | |
| 76. -FDRXX | A | Dividend | K | T | Buy | 02/23/16 | K | | |
| 77. -FIJEX | B | Dividend | K | T | | | | | |
| 78. -JFLEX | A | Dividend | K | T | | | | | |
| 79. -PONDX | B | Dividend | K | T | | | | | |
| 80. -TPINX | A | Dividend | K | T | | | | | |
| 81. -HDPSX | A | Dividend | K | T | Buy (add'l) | 05/18/16 | J | | |
| 82. -FTEMX | A | Dividend | K | T | Buy (add'l) | 12/27/16 | J | | |
| 83. -CAIRX | A | Dividend | J | T | | | | | |
| 84. -MIEX | A | Dividend | J | T | | | | | |
| 85. -SGIIX | | None | J | T | Buy | 12/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 05/02/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FOR PART VII -

(H) = DENOTES A HEADER ROW
ON THE  2015 REPORT, LINE 24, -GGUIX SHOULD STATE "SOLD" ON LINE 25, D-1

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 05/02/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARY M. SCHROEDER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544